CLS
3/11/22

DOA: 3/10/22

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     v.<br><br>Humberto Enmanuel NARVAEZ-Lopez,<br><br>                              Defendant. | Case No.:  22MJ8193<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1325(a)(2)<br>Attempted Illegal Entry (Misdemeanor) |

The undersigned complainant being duly sworn states:

On or about March 10, 2022, within the Southern District of California, defendant, Humberto Enmanuel NARVAEZ-Lopez, being an alien, knowingly eluded examination and inspection by immigration officers; in violation of Title 8, United States Code, Section 1325(a)(2), a misdemeanor.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

Margarita Carter, CBP Enforcement Officer
United States Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 11th day of March 2022.

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

2

1  UNITED STATES OF AMERICA
2       v.
3  Humberto Enmanuel NARVAEZ-Lopez

4                          **STATEMENT OF FACTS**

5       The complainant states this Complaint and Statement of Facts are based upon the
6
7  arrest reports of the apprehending officers and the investigative report of Customs and
8  Border Protection (CBP) Enforcement Officer Margarita Carter that defendant, Humberto
9
10 Enmanuel NARVAEZ-Lopez (NARVAEZ), attempted to enter the United States, at the
11 West Calexico Port of Entry in Calexico, California, on March 10, 2022.
12      On March 10, 2022, at approximately 9:15 a.m., NARVAEZ attempted to enter the
13
14 United States at the Calexico West Port of Entry by running through Vehicle Primary lanes
15 without inspection. CBP Officer Cervantes-Marin was assigned to limit line number 3
16 when he observed a male subject running northbound from Mexico towards limit line
17
18 number 1, which was being manned by CBP Officer Ramos.  CBP Officer Ramos started
19 running toward NARVAEZ to intercept him as he ran northbound through the vehicles.
20 CBP Officer Ramos blocked his path and attempted to apprehend NARVAEZ, but he
21
22 shuffled away from the officer's reach causing the officer to fall to the ground.  Additional
23 CBP Officers responded taking chase after NARVAEZ and taking him down to the ground.
24 At this time, CBP Officers apprehended and restrained NARVAEZ. CBP Officers escorted
25
26 NARVAEZ to the Vehicle Secondary Office for further disposition.
27      During secondary inspection, NARVAEZ's fingerprints were queried through the
28 Integrated Automated Fingerprint Identification System (IAFIS) with results revealing a

3

1   previous immigration apprehension.  Record checks contain no evidence NARVAEZ is in

2   possession of any legal documents allowing him entry into the United States.

3
4       Official records confirmed NARVAEZ is an alien, native, and citizen of Nicaragua,

5   with no legal documentation to enter into or be in the United States.  Record checks

6   revealed that NARVAEZ was most recently encountered and removed from the United

7   States on January 23, 2022.  There is no evidence showing NARVAEZ has applied for and

8
9   sought or received permission from the United States Attorney General or the Secretary of

10   the Department of Homeland Security to re-enter the United States.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28